UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SCOTT GAU, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>HILLSTONE RESTAURANT GROUP, INC.,<br><br>  Defendant. | Case No. 20-cv-08250-SVK<br><br>**ORDER IN RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 37 |

The Court is in receipt of and has evaluated the Parties' joint submission regarding discovery relating to the impending class certification motion. Dkt. 37. The Court **ORDERS** as follows:

I. Deadlines:

1. Training/service manuals in use by Defendant during the class period to be produced by **September 15, 2021**.

2. Defendant will make its 30(b)6 witness(es) available for deposition no later than **September 17, 2021**.

3. For issues for which the Court requires supplemental filings or additional information as provided herein, the deadline is **4 p.m on Friday, September 10, 2021.** Additional deadlines and the hearing date are set forth below.

II. 30(b)6 topics

1. Chart of disputed issues. It is unclear from the submission if topics other than the calculation of overtime pay are in dispute. If so, the Parties are to meet and confer <u>immediately</u> regarding any other open issues in the 30(b)6 notice. Following meet and confer efforts, for any topics that remain in dispute, the Parties must prepare a joint chart, in accordance with this Court's standing order on discovery, that identifies the topic in dispute, a brief summary of each Parties' position and proposed compromise, and a column for the Court's

ruling. The chart is to be filed on ECF and submitted in word format to SVKCRD@cand.uscourts.gov no later than **4 p.m. on Friday, September 10, 2021**. The Parties are to also attach the subject 30(b)6 notice and objections to the chart.

2. 30(b)6 notice in re overtime pay: Defendant is to provide a witness on this topic.

III. Interrogatory Responses

Defendant states, and Plaintiffs do not contradict, that responses are due on September 13, 2021. Accordingly, the Court ORDERS that Defendant's responses be served no later than **NOON on September 13, 2021** and that the Parties meet and confer regarding any disputes no later than **5 p.m. on September 13, 2021**. If issues other than overtime pay are in dispute, they are to be presented to the Court in the requisite chart format, as noted above, no later than **NOON on September 14, 2021**. The Parties are to attach a copy of the interrogatories and responses to the chart.

IV. Belaire-West Notice

The Parties are to file a copy of the draft notice, along with interleaved red-lines of the Parties' proposed changes, clearly indicating which Party is proposing which change. Parties are to be prepared to discuss with the Court at the hearing noted below.

V. Hearing

The Court will hold a hearing on unresolved issues on **September 14, 2021 at 2 p.m**. via video conference.

**SO ORDERED.**

Dated: September 9, 2021

SUSAN VAN KEULEN
United States Magistrate Judge

2