UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SCOTT GAU, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HILLSTONE RESTAURANT GROUP, INC.,<br><br>　　　　Defendant. | Case No.  20-cv-08250-SVK<br><br>**ORDER FOLLOWING SEPTEMBER 14, 2021 DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 40, 42 |

　　　The Court held a discovery hearing by Zoom on September 14, 2021 on the disputes over written discovery (Dkt. 42) and the contents of the *Belaire-West* notice in this case (Dkt. 40).

1. The Court's rulings on the written discovery disputes are contained in Exhibit A.
2. The Parties are to promptly submit a stipulation incorporating the Court's rulings on the record regarding the *Belaire-West* notices.
3. Should disputes arise during the 30(b)6 deposition on September 17, 2021, the Parties are to meet and confer and submit a joint statement not to exceed **3** pages by **noon on September 20, 2021**.
4. At the hearing, Plaintiffs requested a 60-day extension of the deadlines for the class certification motion, which the Court will treat as an administrative motion to change time pursuant to Civil Local Rule 6-3.  Defendant may file a response, not to exceed 3 pages, by **noon on September 20, 2021.**

**SO ORDERED.**

Dated: September 14, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge