UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SCOTT GAU, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HILLSTONE RESTAURANT GROUP, INC.,<br><br>        Defendant. | Case No. 20-cv-08250-SVK<br><br>**ORDER ON DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PUTATIVE CLASS MEMBERS**<br><br>Re: Dkt. No. 56 |

The Court is in receipt of Defendant's motion for leave to conduct class certification discovery and Plaintiff's opposition thereto. This matter may be resolved without oral argument. Civ. L.R. 7-1(b). Defendant's motion is improperly cast as an administrative motion, which it clearly is not. See, Civ. L.R. 7-11. The Court will consider the motion as a request pursuant to Civil Local Rule 6-3, this time, and counsel is cautioned to conform all future filings to the Local Rules.

Having considered the submissions of the Parties and the relevant law, the Court **ORDERS** as follows:

Each side may have 6.0 hours total for depositions of declarants in support of or in opposition to class certification. Any declarant whose deposition pursuant to this Order does not exceed 3.5 hours may be noticed for a further deposition in this action, and that deponent's total deposition time may not exceed 7.0 hours. Deposition hours shall be calculated by time of testimony on the record. Upon notice of deposition pursuant to this Order, the deponent shall be made available promptly. The deponents identified by Defendant in the subject motion shall be available for deposition no later than December 1, 2021.

**SO ORDERED.**

Dated: November 16, 2021

SUSAN VAN KEULEN
United States Magistrate Judge