**DIVERSITY LAW GROUP, P.C.**
Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
Simon L. Yang (State Bar No. 260286)
sly@diversitylaw.com
515 South Figueroa Street, Suite 1250
Los Angeles, California 90071
Telephone:   (213) 488-6555
Facsimile     (213) 488-6554

**POLARIS LAW GROUP**
William L. Marder (State Bar No. 170131)
bill@polarislawgroup.com
501 San Benito Street, Suite 200
Hollister, California 95023
Telephone:   (831) 531-4214
Facsimile     (831) 634-0333

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SCOTT GAU, as an individual and on behalf of all others similarly situated, and as a private attorney general, and BRANDY FOSTER-GAU, as a private attorney general,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HILLSTONE RESTAURANT GROUP, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-08250-SVK<br><br>**PLAINTIFF EDWARD SCOTT GAU'S ACCEPTANCE OF OFFER OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 68** |

**ACCEPTANCE OF OFFER**

Edward Scott Gau hereby accepts offer of judgment in this case made by Defendant Hillstone Restaurant Group, Inc., pursuant to Federal Rule of Civil Procedure 68 served on August 10, 2022. The offer was for the following:

1. A judgment be taken in favor of Plaintiff against Defendant in this action pending in the U.S. District Court for the Northern District of California, case number 5:20-cv-08250-SVK, entitled EDWARD SCOTT GAU, as an individual and on behalf of all others similarly situated, and as a private attorney general, and BRANDY FOSTER-GAU, as a private attorney general, Plaintiffs, vs. HILLSTONE RESTAURANT GROUP, INC., a Delaware corporation; and DOES 1 through 50, inclusive, Defendants (the "Action") in the gross amount of $2,500.00, inclusive of attorneys' fees and costs, in satisfaction of all claims, demands, causes of action, expenses, costs, attorneys' fees, and interest claimed and otherwise recoverable in this Action.

2. Plaintiff dismisses all claims asserted against Defendant in the Action with prejudice.

3. In consideration of the sum specified in Paragraph 1 above and upon entry of judgment in accordance with this offer, Plaintiff will forever release, waive and discharge Defendant and its respective employees, officers, managers, owners, agents, insurers, attorneys, divisions, subsidiaries, parent corporations, affiliates, successors and assigns, and each of them, of and from any and all claims, demands, actions, causes of action, known or unknown, suspected or unsuspected, relating in any manner whatsoever to those matters that were raised or could have been raised in the Action including, without limitation, the alleged violations of the California Labor Code and Unfair Business Practices, and any other alleged violations, theories, primary rights, or causes of action alleged in or that could have been alleged in Plaintiff's operative Complaint in the Action.

DATED: August 24, 2022                    DIVERSITY LAW GROUP, P.C.

By: _____
Larry W. Lee
Simon L. Yang
Attorneys for Plaintiff