SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREG S. LABATE, Cal. Bar No. 149918
MATTHEW SONNE, Cal. Bar No. 239110
KRISTI L. THOMAS, Cal. Bar No. 276511
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:    714.513.5100
Facsimile:    714.513.5130
E mail        glabate@sheppardmullin.com
              msonne@sheppardmullin.com
              kthomas@sheppardmullin.com

Attorneys for Defendant
HILLSTONE RESTAURANT GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SCOTT GAU, as an individual and on behalf of all others similarly situated, and as a private attorney general, and BRANDY FOSTER-GAU, as a private attorney general,<br><br>Plaintiffs,<br><br>vs.<br><br>HILLSTONE RESTAURANT GROUP, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-08250-SVK<br><br>Assigned for all purposes to:<br>Magistrate Judge Susan van Keulen<br>Courtroom 6<br><br>**DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF EDWARD SCOTT GAU UNDER FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Complaint filed:   September 30, 2020<br>Trial Date:        June 19, 2023 |

**TO PLAINTIFF EDWARD SCOTT GAU AND HIS ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 68, Defendant Hillstone Restaurant Group, Inc. ("Defendant") offers to allow judgment to be taken against it, and in favor of Plaintiff Edward Scott Gau ("Plaintiff"), in this action as follows:

1. A judgment be taken in favor of Plaintiff against Defendant in this action pending in the U.S. District Court for the Northern District of California, case number 5:20-cv-08250-SVK, entitled *EDWARD SCOTT GAU, as an individual and on behalf of all others similarly situated, and as a private attorney general, and BRANDY FOSTER-GAU, as a private attorney general, Plaintiffs, vs. HILLSTONE RESTAURANT GROUP, INC., a Delaware corporation; and DOES 1 through 50, inclusive, Defendants* (the "Action") in the gross amount of $2,500.00, inclusive of attorneys' fees and costs, in satisfaction of all claims, demands, causes of action, expenses, costs, attorneys' fees, and interest claimed and otherwise recoverable in this Action.

2. Plaintiff dismisses all claims asserted against Defendant in the Action with prejudice.

3. In consideration of the sum specified in Paragraph 1 above and upon entry of judgment in accordance with this offer, Plaintiff will forever release, waive and discharge Defendant and its respective employees, officers, managers, owners, agents, insurers, attorneys, divisions, subsidiaries, parent corporations, affiliates, successors and assigns, and each of them, of and from any and all claims, demands, actions, causes of action, known or unknown, suspected or unsuspected, relating in any manner whatsoever to those matters that were raised or could have been raised in the Action including, without limitation, the alleged violations of the California Labor Code and Unfair Business Practices, and any other alleged violations, theories, primary rights, or causes of action alleged in or that could have been alleged in Plaintiff's operative Complaint in the Action.

4. The payment of any sum and other consideration given in connection with this settlement shall be the result of a compromise and settlement of disputed claims, and shall never at any time or for any purpose be considered an admission of liability or responsibility on the part of Defendant.

5.  This offer of judgment is intended to be a full and final compromise, release and settlement of all claims, demands, actions, causes of action, known or unknown, suspected or unsuspected, relating to the Action.

6.  This offer is unconditional and will remain open and irrevocable for fourteen (14) days after service. Fed. R. Civ. P. 68. If Plaintiff accepts this offer, he must serve written notice to that effect upon counsel for Defendant within fourteen (14) days after service. *Id*. If this offer is not accepted by Plaintiff by written notice of acceptance of its terms as stated within the fourteen (14) day period, this offer of judgment will be deemed withdrawn. *Id*.

7.  Within twenty (20) days after judgment is entered in accordance with this offer, Defendant shall pay to Plaintiff the sum amount set forth in Paragraph 1 above, mailed to Plaintiff's counsel's office.

8.  Evidence of this offer of judgment may not be given at trial. If it is accepted, but not later approved by the Court, this offer will impose no obligation on any party, and evidence of the offer may not be given at trial or used for any purposes in this or any other case.

9.  Pursuant to Rule 68(d), if Plaintiff does not accept this offer of judgment, and Plaintiff obtains a final judgment in this matter that is not more favorable to Plaintiff than the unaccepted offer, Plaintiff must bear his own and Defendant's post-offer costs. *See* Fed. R. Civ. P. 68(d) ("If the judgment that the offeree finally obtains is not more favorable than the unaccepted offer, the offeree must pay the costs incurred after the offer was made"); *Champion Produce, Inc. v. Ruby Robinson Co.*, 342 F.3d 1016, 1026 (9th Cir. 2003).

10. This offer of judgment is made for the purposes specified in Rule 68, and neither this offer, nor any resulting judgment, may be deemed or offered or received in evidence as a presumption, concession or admission by Defendant of any fault, liability, or wrongdoing in the Action or any other matter, or that Plaintiff, or any other person has suffered any damages or is otherwise entitled to any relief whatsoever.

Dated: August 10, 2022      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
GREG S. LABATE
MATTHEW SONNE
KRISTI L. THOMAS
Attorneys for Defendant
HILLSTONE RESTAURANT GROUP, INC.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

*Edward Scott Gau v. Hillstone Restaurant Group, Inc., et al.*
**USDC Northern District Case No.: 5:20-cv-08250-SVK**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626-1993.

On August 10, 2022, I served true copies of the following document(s) described as **DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFF EDWARD SCOTT GAU UNDER FEDERAL RULE OF CIVIL PROCEDURE 68** on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| *Attorneys for Plaintiffs Edward Scott Gau and Brandy Foster-Gau*<br><br>Larry W. Lee<br>Simon Y. Yang<br>Diversity Law Group, P.C.<br>515 South Figueroa Street, Suite 1250<br>Los Angeles, CA 90071 | Telephone: 213.488.6555<br>Facsimile: 213.488.6554<br>Email: lwlee@diversitylaw.com<br>sly@diversitylaw.com<br>olympia@diversitylaw.com<br>erika@diversitylaw.com<br>christine@diversitylaw.com |
| William L. Marder<br>Polaris Law Group LLP<br>501 San Benito Street, Suite 200<br>Hollister, CA 95023 | Telephone: 831.531.4214<br>Facsimile: 831.634.0333<br>Email: bill@polarislawgroup.com |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address lsamson@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 10, 2022, at Costa Mesa, California.

*/s/ Linda Samson*
Linda Samson

SMRH:4827-8572-4145.2